# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT J. BINKELE, et al.,

    Petitioner(s),

v.

TAX DEFERRAL TRUSTEE SEVICES, LLC, et al.,

    Respondent(s).

Case No. 2:22-cv-00675-CDS-NJK

**ORDER**

Respondents attempted to remove this matter from state court. Docket No. 1. Removing a matter from state court requires either (1) the payment of the filing fee, 28 U.S.C. § 1914, or (2) the filing of an application to proceed *in forma pauperis*, 28 U.S.C. § 1915. Petitioners have done neither.

Accordingly, **IT IS ORDERED**:

1. No later than May 10, 2022, Petitioners must either pay the filing fee, accompanied by a copy of this order, or file an Application to Proceed *in Forma Pauperis*.

2. The Clerk of the Court is **INSTRUCTED** to send Petitioners a blank *in Forma Pauperis* application form for non-prisoners.

3. **Failure to comply will result in a recommendation to the District Judge that this case be remanded for failure to comply with this order.**

IT IS SO ORDERED.

Dated: April 26, 2022

                                                Nancy J. Koppe
                                                United States Magistrate Judge