# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. BINKELE, et al.,<br><br>  Petitioner(s),<br><br>v.<br><br>TAX DEFERRAL TRUSTEE SEVICES, LLC, et al.,<br><br>  Respondent(s). | Case No. 2:22-cv-00675-CDS-NJK<br><br>**ORDER** |

Respondents attempted to remove this matter from state court. Docket No. 1. It appears that this case may be related to *Ausloos v. Binkele*, No. 2:22-cv-372-APG-DJA (D. Nev. Mar. 1, 2022). No later than May 10, 2022, the parties must file a notice of related cases or statements as to why the cases are not related.

IT IS SO ORDERED.

Dated: April 26, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1