# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. BINKELE, et al., | Case No. 2:22-cv-00675-CDS-NJK |
| Petitioner(s), | **ORDER** |
| v. | |
| TAX DEFERRAL TRUSTEE SEVICES, LLC, et al., | |
| Respondent(s). | |

Respondents attempted to remove this matter from state court. Docket No. 1. Respondent Tax Deferral Trustee Services, LLC is appearing without an attorney. Corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Respondent Tax Deferral Trustee Services, LLC is **ORDERED** to file, by May 10, 2022, a notice of appearance by counsel. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: April 26, 2022

_____
Nancy J. Koppe
United States Magistrate Judge